IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CALVIN WANLESS,

    Petitioner,                      No. 2:10-cv-2243 WBS KJN P

    vs.

R.E. BARNES, Warden,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        By order filed June 18, 2012, the court extended the stay of this action, and granted petitioner four months to file objections to the pending findings and recommendations. Four months have now passed, and petitioner has not filed objections or otherwise responded to the court's order. Therefore, the stay of this action is lifted.

        On December 14, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

1

1         The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The stay of this action is lifted, and the Clerk of the Court is directed to reopen this action;

    2. The findings and recommendations filed December 14, 2011, are adopted in full;

    3. Petitioner's application for a writ of habeas corpus is denied; and

    4. For the reasons set forth fully in the magistrate judge's findings and recommendations, the court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: November 28, 2012

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/wanl2243.801